M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

2008 MAR -7 A 9: 44

JEFFERY B. SANFORD
Full name and prison name of
Plaintiff(s)

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

v.

SHERIFF JAY JONES
MAJOR C. TOLBERT
CPT. C. WELCH
LT. JONES
SGT. TABB
SGT. ROBERTSON
Name of person(s) who violated your
constitutional rights. (List the names
of all the person.)

CIVIL ACTION NO. 3:08-CV-161-WHA
(To be supplied by Clerk of U.S. District
Court)

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐  No ☑

B. Have you begun other lawsuits in state or federal court relating to your imprisonment?   YES ☐   NO ☑

C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

    Plaintiff (s) _____

    _____

    Defendant(s) _____

    _____

2. Court (if federal court, name the district; if state court, name the county)

    _____

    _____

3. Docket number _____

4. Name of judge to whom case was assigned _____
_____

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT  L.C.D.C./ LEE COUNTY DETENTION CENTER

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED  L.C.D.C/ LEE COUNTY DETENTION CENTER

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | SHERIFF JAY JONES | |
| 2. | MAJOR CAREY TOLBERT | |
| 3. | CPT. COREY WELCH | |
| 4. | LT. JONE | |
| 5. | SGT. TABB | |
| 6. | SGT. ROBERTSON | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED  OCT 2007 UNTIL PRESENT DATE MARCH 5, 08

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:  FIRE HAZZARD

GROUND ONE:  E-WING FIRE EXIT DOOR HAS AN ADDITIONAL CABLE LOCK AROUND BARS,

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

IN WHICH THE OFFICER'S THAT WORK THE WING DO NOT HAVE IN THEIR POSSESSION IN CASE OF AN EMERGENCY.

WITNESS' OF VIOALATION: OFFICER'S SCOGGIN'S, OFFICER SPRAGGINS, OFFICER JUKE, OFFICER HILL, OFFICER ARRON AND ~~OFFICER~~

GROUND TWO: ~~THE INMATES OF E-S~~ DISCRIMINATION - OF PROGRAM'S & RELIGOUS ACTIVITY. NOT ALLOWED RECREATION ON REGULAR ~~~~ SCHEDULE.

SUPPORTING FACTS: STATE INMATES IN THE POD AREA 100, 200, 300 ARE ALLOWED TO PARTICIPATE IN CHURCH ACTIVITY, LIBRARY ACCESS, AND YARD RECREATION ON A CONSISTANT SCHEDULE.

STATE INMATES ON E-W ARE NOT PERMITTED AT ALL TO PARTICIPATE IN CHURCH SERVICE!

GROUND THREE: NO INTERCOM SYSTEM IN E-S, THE IS BEING CUT OFF BY CUBICULE OFFICERS ON ALL SHIFTS.

SUPPORTING FACTS: THE INTERCOM BUZZARD HAS NOT BEEN PROPERLY WORKING SINCE DECEMBER 2007. WE'VE BEEN TOLD IT KEEPS RINGING IN THE CUBE AND IS CUT OFF. THUS PLACING US THE INMATES IN E-S NO COMMUNICATION WITH STAFF IN CASE OF FIGHT OR MEDICAL EMERGENCY. OFFICERS DO NOT REGULARLY CHECK CELLS.

WITNESS: SGT. COWHICK, SGT. LYLES, SGT. TABB, SGT. COBB, SGT. CHAMBERS, CORP TOLBERT, CORP SCROGGIN

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I WOULD LIKE TO RECIEVE $100,000.00 FOR BEING PLACED IN LIFE THREATNING ENVIREMENT. I WOULD LIKE FOR THE OLD L.C.D.C. TO BE CLOSED FOR PROPER RENOVATION REPAIR. ALSO FOR THE L.C.D.C. BE INSPECTED AND INVESITGATED FOR FARTHER VIOLATION OF PRISONER RIGHTS & SAFETY

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 4, 2008 .
              (Date)

_____
Signature of plaintiff(s)

JEFFERY B. SANFORD
POST OFFICE BOX 2407
OPELIKA, AL 36801

MONTGOMERY AL 361

06 MAR 2008 PM 3 T

"LET US DARE TO READ,
THINK, SPEAK AND WRITE"
John Adams, 1765
poweroftheletter

U.S. DISTRICT COURT FOR
MIDDLE DISTRICT OF ALA
POST OFFICE BOX 711
MONTGOMERY, ALA 36101-0711