**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Lt. Jones
Lee County Detention Center
P.O. Box 2407
Opelika, AL  36801

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X  _Iris Bridges_       ☐ Agent
                         ☐ Addressee

B. Received by ( Printed Name )     C. Date of Delivery

Iris Bridges

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:          ☐ No

3:08CV161

CJB                                    40

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)            ☐ Yes

2. Article Number
   (Transfer from service        7007 2680 0003 1842 2521

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540