| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Iris Bridges*  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): *Iris Bridges*   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Sgt. Robertson<br>Lee County Detention Center<br>P.O. Box 2407<br>Opelika, AL  36801 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3:08cv161<br>c/o   4/0 |
|  | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7007 2680 0003 1842 2545 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |