IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA EASTERN DIV.

JEFFERY B. SANFORD #143572
    PLAINTIFF

V.
    CIVIL ACTION NO.
    3:08-CV-161-WHA

SHERIFF JAY JONES,
    DEFENDANTS.

[RECEIVED 2008 MAR 21 A 10:00 DEBRA P. HACKETT, CLK U.S. DISTRICT COURT MIDDLE DISTRICT ALA]

## "AMENDMENT TO COMPLAINT"

THE PLAINTIFF <u>JEFFERY B. SANFORD</u>, HAS BEEN A STATE INMATE SINCE NOV 15, 2007, AND BEEN KEPT IN LEE COUNTY DETENTION CENTER UNDER CRUEL AND UNUSUAL CIRCUMSTANCES, SUCH AS THE FOLLOWING:

1.) <u>INADEQUATE MEALS:</u>

(A). UNDER SIZED PROPORTION OF MEALS PER SERVING. ALL FOOD SERVINGS ARE **UNDER 4 OZ PER SERVING**.

(B). TEMPATURE OF FOOD WHEN SERVED BY OFFICERS TO CELLS, THE FOOD IS "LUKE-WARM" OR OFTEN "COLD".

(C) MOST OF THE MEALS **DO NOT** HAVE MEAT.

(D) ONLY **1 SINGLE SLICE OF BREAD** SERVED FOR BREAKFAST, LESS THE 2 OZ EGG SERVING

(E). ALSO MOST VEGITABLES ARE NOT PRE-PARED PROPERLY, BY BEING HALF DONE.

2.) WHILE BEING HOUSE AT LEE COUNTY DETENTION CENTER, I'M SUBJECTED TO BEING "FLEECED" BY A RESIDENTIAL KIOSH SYSTEM, THAT CHARGES MY FAMILY MONEY TO PUT MONEY INTO MY INMATE ACCOUNT, WHEN LEE COUNTY DETENTION CENTER HAS ITS OWN ACCOUNT SYSTEM THAT

ALSO RECIEVES AN ADDITIONAL PERCENTAGE OF MONEY SPENT BY INMATES FROM COMMISSARY PURCHASES, AND THE K.I.O.S.H. ACCOUNT SYSTEM **IS NOT APPROVED** BY <u>ALABAMA PRISON COMMISSIONER **RICHARD ALLEN**</u> OR THE GOVENORS OFFICE OF <u>GOV. BOB RILEY</u> FOR ALABAMA DEPT. OF CORRECTION INMATES. THUS MAKING THIS TRANSACTION CLEAR EVIDENCE OF "FLEECING" AND AN INDIRECT FORM OF "RACKETEERING".

(A.) ALSO, THE MONEYS THAT ARE TOOK IS CONSIDER TO BE A PROFIT WITH NO TAX AND SHOULD BE ALSO CONSIDERED AS "TAX EVASION" OR FRAUD.

(B.) THERE IS NO INMATE WELFARE FUNDS THAT EXIST TO RECIEVE ANY PROFITABLE FUNDS CONTRIBUTED BY INMATES AND THEIR FAMILIES

(C.) THE COUNTY COMMISSION OF LEE COUNTY HAS NO RECORD OF ANY SUCH COLLECTION OF FUNDS FOR THE K.I.O.S.H. SYSTEM WHICH IS DONE THRU CYBERSUITE SYSTEM.

## IN CONCLUSION

3.) I AM NOT ALLOWED AN OPPORTUNITY DAILY TO GO OUTSIDE OR TO A SUFFICIENT RECREATIONAL AREA. HOWEVER, WHEN I DO HAVE THE CHANCE TO GO TO A REC AREA THAT'S INSUFFICIENT IN SIZE COMPARED TO NUMBER OF INMATES WHICH ARE TAKEN AT ONE TIME.

(A). THE AREA ONLY CONSIST OF IN SIZE MAYBE 50FT BY 50FT, AND THIS AREA IS SHARED WITT AT LEAST 30 OR MORE INMATES AT ONE TIME AND DOES NOT PROVIDE SUBSTANTIAL ROOM FOR PROPER EXERSIZE OR RECREATION.

(B.) THIS CLEARLY A VIOLATION OF THE RIGHTS OF AN ALABAMA PRISONER. TO BE ALLOWED THE OPPORTUNITY TO AT LEAST ONE HOUR OF REC. PER DAY.

DONE THIS 15th day OF MARCH, 2008

*Jeffery B. Sanford* #143572

JEFFERY B. SANFORD #143572

SWORN TO AND SUBSCRIBED BEFORE ME THIS _____17th_____ DAY OF MARCH 2008

_Anta D. Yaney_  MY COMMISSION EXPIRES JAN 30, 2011
NOTARY

_Jeffery B. [signature]_  3-17-08
AFFIANT SIGNATURE

3-17-08
JEFFERY B. SANFORD
PRINT NAMED

Jeffery B. Sanford #143572
Post Office Box 2407
Opelika, Ala 36801

MONTGOMERY AL 361
20 MAR 2008 PM 4 T



Office of the Clerk
U.S. District Court
Post Box # 711
Montgomery, Ala 36101-0711

36101+0711