**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | |
|---|---|
| **JEFFERY B. SANFORD,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) CIVIL ACTION NO. 3:08-cv-161-WHA |
| | ) |
| **SHERIFF JAY JONES, et al.,** | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF APPEARANCE**

COMES NOW Daryl L. Masters, of the law firm of Webb & Eley, P.C., and files his notice of appearance as counsel of record for the Defendants in the above-captioned matter.

Respectfully submitted this 3rd day of April, 2008.

s/Daryl L. Masters
DARYL L. MASTERS, Bar No. MAS018
Attorney for Defendants
WEBB & ELEY, P.C.
Post Office Box 240909
7475 Halcyon Pointe Drive
Montgomery, Alabama  36124
(334) 262-1850
(334) 262-1889 Fax
E-mail:  rrobertson@webbeley.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 3rd day of April, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and that I have mailed by United States Mail, postage prepaid, to the following non-CM/ECF participant:

Jeffery B. Sanford
Lee County Detention Center
Post Office Box 2407
Opelika, Alabama  36801

s/Daryl L. Masters
OF COUNSEL
