**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | | |
|---|---|---|
| **JEFFERY B. SANFORD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **V.** | ) | **CIVIL ACTION NO. 3:08-cv-161-WHA** |
| | ) | |
| **SHERIFF JAY JONES, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW Cary Torbert, Jr., a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:   This party is an individual.

Respectfully submitted this 3rd day of April, 2008.

**s/Daryl L. Masters**
DARYL L. MASTERS, Bar No. MAS018
Attorney for Defendants
WEBB & ELEY, P.C.
Post Office Box 240909
7475 Halcyon Pointe Dr. (36117)
Montgomery, Alabama  36124
Telephone:  (334) 262-1850
Fax:  (334) 262-1889
E-mail:  dmasters@webbeley.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 3rd day of April, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed by United States Mail, postage prepaid, to the following non-CM/ECF participant:

Jeffery B. Sanford
Lee County Detention Center
Post Office Box 2407
Opelika, Alabama  36801


**s/Daryl L. Masters**
OF COUNSEL