**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | |
|---|---|
| **JEFFERY B. SANFORD,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | )   CIVIL ACTION NO. 3:08-cv-161-WHA |
| | ) |
| **SHERIFF JAY JONES, et al.,** | ) |
| | ) |
| Defendants. | ) |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW Rodney Tabb, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:   This party is an individual.

Respectfully submitted this 3rd day of April, 2008.

                                              **s/Daryl L. Masters**
                                              DARYL L. MASTERS, Bar No. MAS018
                                              Attorney for Defendants
                                              WEBB & ELEY, P.C.
                                              Post Office Box 240909
                                              7475 Halcyon Pointe Dr. (36117)
                                              Montgomery, Alabama  36124
                                              Telephone:  (334) 262-1850
                                              Fax:  (334) 262-1889
                                              E-mail:  dmasters@webbeley.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on this the 3rd day of April, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed by United States Mail, postage prepaid, to the following non-CM/ECF participant:

Jeffery B. Sanford
Lee County Detention Center
Post Office Box 2407
Opelika, Alabama  36801

        **s/Daryl L. Masters**
        OF COUNSEL