## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | |
|---|---|
| **JEFFERY B. SANFORD,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) CIVIL ACTION NO. 3:08-cv-161-WHA |
| | ) |
| **SHERIFF JAY JONES, et al.,** | ) |
| | ) |
| Defendants. | ) |

### MOTION FOR EXTENSION OF TIME

COME NOW Lee County, Alabama Sheriff Jay Jones, Major Cary Torbert, Corey Welch, Rodney Tabb, Timothy Jones, and Ray Roberson, Defendants in the above-styled cause, and move this honorable Court for an extension of time in which to file their Special Report. As reasons for so moving, these Defendants state that the gathering of information with which to respond to the Plaintiff's allegations has taken longer than expected, and additional time is needed in order that a full and complete response may be made.

WHEREFORE, Defendants request an extension of time of fourteen (14) days from the current deadline of April 30, 2008 in which to file their Special Report.

Respectfully submitted this 28th day of April, 2008.

                                              s/Daryl L. Masters
                                              DARYL L. MASTERS, Bar No. MAS018
                                              Attorney for Defendants
                                              WEBB & ELEY, P.C.
                                              Post Office Box 240909
                                              7475 Halcyon Pointe Drive
                                              Montgomery, Alabama  36124
                                              Telephone:  (334) 262-1850
                                              Fax:  (334) 262-1889
                                              E-mail:  dmasters@webbeley.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this the 28th day of April, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and that I have mailed by United States Mail, postage prepaid, to the following non-CM/ECF participant:

Jeffery B. Sanford
Lee County Detention Center
Post Office Box 2407
Opelika, Alabama  36801

            **s/Daryl L. Masters**
            OF COUNSEL