IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

| | | |
|---|---|---|
| JEFFERY B. SANFORD, #143 572 | * | |
| Plaintiff, | * | |
| v. | * | 3:08-CV-161-WHA |
| SHERIFF JAY JONES, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

Upon consideration of Defendants' Motion for Extension of Time, and for good cause, it is ORDERED that:

1. Defendants' Motion for Extension of Time (*Doc. No. 17*) is GRANTED; and

2. Defendants are GRANTED an extension from April 30, 2008 to and including May 14, 2008 to file their answer and written report.

Done, this 28th day of April 2008.

                                                  /s/ Charles S. Coody
                                                CHARLES S. COODY
                                                CHIEF UNITED STATES MAGISTRATE JUDGE