IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

JEFFERY B. SANFORD, #143 572　　　*

　　Plaintiff,　　　　　　　　　　　*

　　　　v.　　　　　　　　　　　　*　　　　3:08-CV-161-WHA

SHERIFF JAY JONES, *et al.*,　　　　*

　　Defendants.　　　　　　　　　　*
_____

**ORDER**

Plaintiff filed this 42 U.S.C. § 1983 action on March 7, 2008. At the time he filed this complaint, Plaintiff was incarcerated at the Lee County Detention Center located in Opelika, Alabama. On June 9, 2008 the envelope containing Plaintiff's copy of an order filed May 15, 2008 was returned to the court marked "AKN [Addressee Not Known]," because Plaintiff was no longer at the most recent address he had provided to the court.

All parties have an affirmative duty to inform this court of any change of address during the pendency of their actions. Plaintiff received notice of this requirement in the court's March 11, 2008 order of procedure. (*See Doc. No. 4, ¶7(h)*).

Upon review of the pleadings filed in the instant matter, it is clear that the court file does not contain an alternate address for Plaintiff and that he has not provided this court with a current address. Accordingly, the court concludes that Plaintiff shall be granted an opportunity to show cause why his complaint should not be dismissed for his failures to comply with the orders of the court and to prosecute this action.

Accordingly, it is ORDERED that:

1.  On or before June 19, 2008 Plaintiff SHOW CAUSE why his complaint should not be dismissed for his failures to prosecute this action and comply with the order of the undersigned that he keep the court apprised of his current address. Plaintiff is cautioned that his failure to comply with this order will result in a Recommendation that his complaint be dismissed without prejudice; and

2.  The Clerk of Court SEND copy of this order to Plaintiff at his last known address.

Done, this 9th day of June 2008.

/s/ Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE